Winona Frame, Plaintiff-Appellee, v. Rowena Grecivich, Defendant-Appellant.
Rowena Crorkin, Plaintiff-Appellee, v. Rowena Grecivich, Defendant-Appellant.

Gen. No. 10,329.

Third District.

May 16, 1961.

Rehearing denied July 5, 1961.

& O'Connell, for appellant; Paul C. Verticchio, and Dailey & Dailey, for appellee. Opinion by JUSTICE CARROLL. **Not to be published in full.**